United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3112

_____

Robert L. Straitt,                          *
                                            *
          Appellant,                     *
                                            *
                                    *   Appeal from the United States
     v.                                *   District Court for the
                                            *   District of Minnesota.
Commonwealth of Massachusetts,              *     [UNPUBLISHED]
                                            *
          Appellee.                      *

_____

Submitted:  December 4, 1997

Filed: December 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Robert L. Straitt appeals from the district court's[1] order dismissing his civil action.  First, we deny Straitt's motions for contempt.  Second, having carefully reviewed the record and Straitt's brief, we conclude that dismissal was proper and that an extended opinion is not necessary.  Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of The Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.